

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
BONNIE SUDDERTH

JUSTICES
ELIZABETH KERR
J. WADE BIRDWELL
DABNEY BASSEL
DANA WOMACK
MIKE WALLACH
BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

June 15, 2023

Criminal District Clerk, Denton County
1450 E. McKinney St.
Denton, TX 76209-4524
\* DELIVERED VIA E-MAIL \*

Robert M. Burns
1720 Regal Row, Suite 200
Dallas, TX 75235
\* DELIVERED VIA E-MAIL \*

Hon. Lee Ann Breading
Judge, 462nd District Court
Denton County Courts Bldg.
1450 E. McKinney St., 4th Floor
Denton, TX 76209-4524
\* DELIVERED VIA E-MAIL \*

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
\* DELIVERED VIA E-MAIL \*

Rick Daniel
Assistant Criminal District Attorney
Denton County Courts Building
1450 E. McKinney St., Ste. 3100
Denton, TX 76209-4524
\* DELIVERED VIA E-MAIL \*

RE:    Court of Appeals Number:    02-22-00107-CR, 02-22-00108-CR
       Trial Court Case Number:    F19-570-211, F18-2358-211

Style:    Marcelo Ruiz
          v.
          The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced causes. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*